AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CHAOS INDUSTRIES, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHAOS 1 PTY LTD <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  2:26-cv-03414 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chaos1 Pty Ltd
32/34 Lord St
Botany, NSW  2019
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carolyn S. Toto
Jeffrey D. Wexler
Jon Jekel
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa St., Suite 3600
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*